**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER ST., SUITE 1950**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF RESCHEDULED HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| Rebecca Denise Rodriguez | CASE NO.: LA10-45681-EC |
| | **NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS** |
| DEBTOR(S) | DATE:    September 27, 2010<br>TIME      11:00 am<br>PLACE:   ERNST & YOUNG PLAZA<br>             725 S. FIGUEROA ST. ROOM 103<br>             LOS ANGELES, CA 90017 |

**PLEASE TAKE NOTICE THAT** the previously scheduled **§341(a) MEETING OF CREDITORS** will now occur at the time and place listed above.

**Dated:  9/15/10**

_____

**Kathy A. Dockery**
**Chapter 13 Trustee**

| | |
|---|---|
| In re: **REBECCA DENISE RODRIGUEZ** | CHAPTER: 13 |
| | CASE NUMBER: **LA10-45681-EC** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 9/15/10, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III.    **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/15/2010 | Perlita Gozun | *Perlita Gozun* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                 **F 9013-3.1**

| In re REBECCA DENISE RODRIGUEZ | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: LA10-45681-EC |

## Service List

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

AMERICAN INFOSOURCE LP AS AGENT
FOR WORLD FINANCIAL NETWORK NATIONAL BANK
AVENUE
PO BOX 248872
OKLAHOMA CITY, OK 73124

AMERICAN INFOSOURCE LP AS AGENT
FOR WORLD FINANCIAL NETWORK NATIONAL BANK
ONESTOPPLUS.COM
PO BOX 248872
OKLAHOMA CITY, OK 73124-8872

AMERICAN INFOSOURCE LP AS AGENT
FOR WORLD FINANCIAL NETWORK NATIONAL BANK
WOMAN WITHIN
PO BOX 248872
OKLAHOMA CITY, OK 73124-8872

CAP ONE
PO BOX 85520
RICHMOND, VA 23285

Chase- Tjx
Po Box 15298
Wilmington, DE 19850

DEPARTMENT STORES NATIONAL BANK/MACYS
NCO FINANCIAL SYSTEMS, INC.
PO BOX 4275
NORCROSS, GA 30091-0091

DEVIN SAWDAYI
9107 WILSHIRE BLVD
SUITE 225
BEVERLY HILLS, CA 90210

Devin Sawdayi
9107 Wilshire Blvd Ste 225
Beverly Hills, CA 90210

DSNB Macys
9111 Duke Blvd
Mason, OH 45040

Gemb/chevron
PO Box 981400
El Paso, TX 79998

Gemb/Ge Money Bank Low
Po Box 103065
Roswell, GA 30076

Gemb/walmart
Po Box 981400
El Paso, TX 79998

Kathy A Dockery (TR)
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

Kohls/chase
Po Box 3115
Milwaukee, WI 53201

MIDLAND CREDIT MGMT
8875 AERO DR
SAN DIEGO, CA 92123

Prsm/cbsd
Po Box 6497
Sioux Falls, SD 57117

Rebecca Denise Rodriguez
1025 W. Chandler St
Willmington, CA 90744

Sams Club/ Gemb
Po Box 530942
Atlanta, GA 30353

Target N.b.
PO Box 673
Minneapolis, MN 55440

TARGET NATIONAL BANK
C/O WEINSTEIN & RILEY PS
PO BOX 3978
SEATTLE, WA 98124-3978

U.S. Bank Home Mortgag
3121 Michaelson Dr
Irvine, CA 92612

UNVL/CITI
PO Box 6241
Sioux Falls, SD 57117

Wfnnb/onestopplus.com
4590 E Broad St
Columbus, OH 43213

Wfnnb/the Avenue
Po Box 2974
Shawnee Mission, KS 66201

Wfnnb/woman/within
4590 E Broad St
Columbus, OH 43213

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**